# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

MARK ANTHONY FOWLER,

    *Plaintiff*,

v.

STATE OF GEORGIA,

    *Defendant*.

CRIMINAL ACTION NO.
5:18-cv-00205-TES-CHW

## ORDER OF DISMISSAL

Plaintiff Mark Anthony Fowler, a prisoner in the Georgia Diagnostic and Classification Prison in Jackson, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. [Doc. 1]. He also moved for leave to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C. § 1915(a). [Doc. 2]. Thereafter, the United States Magistrate Judge ordered Plaintiff to file a certified copy of his prison trust fund account statement for the previous six months to support his motion for leave to proceed *in forma pauperis*. [Doc. 7]. The Magistrate Judge gave Plaintiff 21 days to comply with the order and cautioned Plaintiff that his failure to do so could result in the dismissal of this action. [*Id.* at 2].

Plaintiff did not comply with the order to file a certified copy of his prison trust fund account statement. Thus, the Magistrate Judge ordered Plaintiff to respond and

show cause why this Court should not dismiss his complaint based on his failure to comply with the previous order. [Doc. 8]. The Magistrate Judge cautioned Plaintiff that his failure to respond within 21 days would result in this Court dismissing Plaintiff's action. [*Id*. at 1-2].

To date, Plaintiff has not responded to the order to show cause. Given his failure to comply with the previous orders or to otherwise prosecute his case, the Court **DISMISSES** Plaintiff's complaint **without prejudice**. *See* Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)). Consequently, the Court **TERMINATES** Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [Doc. 2] **as moot**.

**SO ORDERED**, this 19th day of September, 2018.

**S/ Tilman E. Self, III**
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT